**Deloris DERHAAG, Respondent,**

v.

**CONTINENTAL WESTERN INSURANCE COMPANY, Appellant.**

**No. CX–85–39.**

Supreme Court of Minnesota.

Sept. 30, 1985.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Continental Western Insurance Company for further review be, and the same is, granted and all proceedings, including briefing, are stayed on appeal pending final disposition of the appeal in *Hoeschen v. South Carolina Ins. Co.*, 349 N.W.2d 833 (Minn.App.1984); petition for review granted October 19, 1984.